UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

10 APR 14  PM 12: 35

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Cause No.  1:10-CR- |
| ) | |
| DANIEL A. KRUK,  ) | **1:10-cr- 0061 SEB -KPF** |
| ) | |
| Defendant.  ) | |

## I N D I C T M E N T

### INTRODUCTION

The Grand Jury charges that:

At all times pertinent hereto, the following relevant facts were true:

1.      "Earth Liberation Front" or "ELF" was, and remains, a loosely organized movement of individuals who are committed to the eradication of commercial development, research, and other activities that its adherents consider harmful to the natural environment.  ELF espouses a philosophy of what its adherents refer to as "direct action," a term that denotes acts of politically-motivated violence designed to force segments of society, including the general civilian population, private business, and government, to change their attitudes about environmental issues and/or to cease activities considered by the movement to have a negative impact on the natural environment.

2.      ELF direct actions include acts that violate the criminal laws of the United States

or of individual States and that are sometimes dangerous to human life.  ELF adherents carry out such direct actions in order to intimidate or coerce civilian populations and/or to influence the policy of government through such means.  Arson is a  frequently employed form of ELF direct action.

3.      ELF maintains and operates a website on the Internet for purposes that include advocating its views, promulgating direct action techniques and providing instruction on construction of incendiary devices, and publicizing direct actions carried out by its adherents against specific targets.  Over time, such targets have included new-home and commercial property construction sites; construction and logging equipment; and locations where plant and animal genetic research are conducted.

4.      The Grand Jury incorporates into Count 1, specifically and by reference and as if stated therein, the allegations and assertions stated in the Introduction.

## COUNT 1
[Arson]

On or about September 9, 2000, in Monroe County, in the Southern District of Indiana, the Defendant,

### DANIEL A. KRUK

and a person known to the Grand Jury, did maliciously damage and attempt to destroy, by means of fire, or aid and abet such malicious damage and attempt to destroy by means of fire, real property used in interstate commerce or in an activity affecting interstate commerce, to wit: a building located at 644 N. Morton, Bloomington, Southern District of Indiana, in violation of Title 18 U.S.C. §§ 2 and 844(i).

A TRUE BILL

FOREPERSON

TIMOTHY M. MORRISON
United States Attorney

by: Cynthia J. Ridgeway
Assistant United States Attorney

3