UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
10 APR 14 PM 12: 35
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1: 10-CR- |
| DANIEL A. KRUK | ) |
| | ) **1:10-cr-0061SEB-KPF** |
| Defendant. | ) |

### PRAECIPE FOR WARRANT

The Clerk of said Court will issue a Warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on _____.

If the above-named defendant is presently in another jurisdiction, or has an unknown address, please prepare and issue a certified copy of the Indictment to the United States Marshal.

TIMOTHY M. MORRISON
United States Attorney

cc:
United States Marshal
United States Probation