# REPORT OF PROCEEDINGS BEFORE UNITED STATES MAGISTRATE

**MAGISTRATE CAUSE NUMBER:**        **CAUSE NUMBER: 10-cv-61-SEB-KPF**

At <u>Indianapolis, IN</u> on <u>9/29/10 @ 11:00am</u>

Proceedings in United States vs. <u>DANIEL KRUK</u>

Appeared in the custody of a Federal Officer ☐    Appeared voluntarily ■

Description: Age <u>41</u>  Sex <u>M</u>  Race <u>C</u>  Born: Native ☐ Foreign ☐

Address _____

Name of complainant and title (if any) __

Date of Indictment <u>4/14/10</u>

Offense charged <u>Arson</u>    Date of offense <u>9/9/00</u>

Where committed <u>SD/IN</u>    Date of Warrant <u>4/14/10</u>

Date of hearing <u>9/29/10 @ 11:00am</u>   Examination waived _____

Bail fixed at $ <u>None</u>    Released <u>OWN RECOGNIZANCE</u>

Committed to _____

Discharged (date) _____

Name and address of surety

Names and residences of witnesses _____

Remarks <u>Defendant appeared in person and by retained counsel Tom Farlow and Darren Craig for an initial appearance on an indictment. Gov't appeared by Cynthia Ridgeway and USPO by Angela Smith. Rights, charges, and penalties were read and explained. Def waived reading of the indictment and formal arraighment. Rule 16 disclosures have already been made. Defendant released on his own recognizance pursuant to the Court's conditions of release pending further proceedings before the Court.</u>

*Tim A. Baker, United States Magistrate Judge*