RIGHTS FORM          UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF INDIANA

MAGISTRATE CAUSE NO.
                                    CAUSE NO. 1:10-cr-0061-SEB-KPF-1

STATUTE:  18:2 and 844(i)

1.    Defendant's Name: DANIEL KRUK

2.    Offense Charged: arson

3.    You are before a United States Magistrate and at the close of these pro-
      ceedings you will be requested to sign an acknowledgment.

4.    A grand jury indictment has been filed charging you with a violation of the
      laws of the United States, in particular, a violation of (the Magistrate
      reads the grand jury indictment).

5.    You have a right to be represented by counsel and to retain an attorney
      before proceeding with this hearing.  If you are financially unable to
      obtain the services of an attorney, I shall appoint one to represent you at
      this hearing without expense to you or you may waive the right to be so
      represented in any further proceedings before a United States District
      Judge. There is an attorney present and available to confer with you at
      this time.  If an attorney is appointed for you, he will continue to
      represent you until he is relieved by order of the District Court.  (Defen-
      dant was given the opportunity to complete CJA Form 1 or 3a or, if defen-
      dant waived the right to counsel, the opportunity to complete SDI Form D.)

6.    The Magistrate observes that  Daniel Craig & Thomas Farlow , your attorney,
      is
      here, but it is still my responsibility to explain your rights.

7.    You are further advised that you are not being called upon at this time to
      plead guilty or not guilty to the charge(s) in the indictment; you are not
      required to make any statement at this time or at any other time when you
      are in custody; and any statement you make, either orally or in writing,
      can be used against you.

8.    Since this is a grand jury indictment, you are NOT entitled to a prelimi-
      nary hearing.

9.    You are further advised that you are entitled to be considered for pre-
      trial release under terms and conditions fixed by the court to insure your
      appearance at trial.

      In a limited number of cases, the United States may ask for pre-trial
      detention.  Detention can only be imposed after a hearing and only if the
      Court decides no release conditions are adequate to protect the community
      and/or insure your attendance at trial.

10.   Defendant acknowledges that the Magistrate has made the statements herein
      and that the defendant has received a copy.

      DATED:    9/29/10              _____
                                    Defendant's Signature

      I certify that the defendant was advised of his rights in the manner set
      forth above and that he signed (or refused to sign) the acknowledgment.

      DATED:    9/29/10              _____
                                    Tim A. Baker
                                    United States Magistrate Judge