# U.S. District Court
# District of Maryland (Baltimore)
# CRIMINAL DOCKET FOR CASE #: 1:10-mj-03437-BPG All Defendants

Case title: USA v. Kruk                                    Date Filed: 09/14/2010

Assigned to: Magistrate Judge Beth P. Gesner

**Defendant (1)**

**Daniel Kruk**

**Pending Counts**                                         **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                             **Disposition**

None

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2010 | 1 | Rule 5(c)(3) Documents Received as to Daniel Kruk; Oral Motion by AUSA to Unseal Indictment GRANTED Judge Gesner (copy of indictment in 10-cr-61 SEB-KPF Indianapolis Division) (ggpb, Deputy Clerk) (Entered: 09/22/2010) |
| 09/14/2010 | 2 | Initial Appearance as to Daniel Kruk (Defendant informed of Rights.) held on 9/14/2010 before Magistrate Judge Beth P. Gesner. (Court Reporter: FTR: Gold) (ggpb, Deputy Clerk) (Entered: 09/22/2010) |

| | | |
|---|---|---|
| 09/14/2010 | 3 | CJA 23 Financial Affidavit by Daniel Kruk (ggpb, Deputy Clerk) (Entered: 09/22/2010) |
| 09/14/2010 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Daniel Kruk. Signed by Magistrate Judge Beth P. Gesner on 09/14/2010. (ggpb, Deputy Clerk) (Entered: 09/22/2010) |
| 09/14/2010 | 5 | WAIVER of Rule 5(c)(3) Hearing by Daniel Kruk (ggpb, Deputy Clerk) (Entered: 09/22/2010) |
| 09/14/2010 | 6 | ORDER SETTING CONDITIONS OF RELEASE as to Daniel Kruk. Signed by Magistrate Judge Beth P. Gesner on 09/14/2010. (ggpb, Deputy Clerk) (Entered: 09/22/2010) |
| 09/22/2010 | | Remark: Case transferred to the U.S. District Court Southern District of Indiana Indianpolis Division (copy of indictment, crim.memo., financial affidavit, order appt. AFPD, waiver of Rule 5; order setting conditions of release and certified copy of docket. (ggpb, Deputy Clerk) (Entered: 09/22/2010) |

I hereby attest and certify on September 22 2010 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By_____ Deputy