# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NOs. 1:10-cr-0061-SEB-KPF |
| v. ) | 1:12-cr-0013-SEB-KPF |
| ) | |
| DANIEL A. KRUK, ) | |
| ) | |
| Defendant. ) | |

## ENTRY

This matter comes before the Court on the request of the United States of America for a Order authorizing the United States to redact portions of David Agranoff's pre-sentence investigative report that contain personal identifying information and redact the sentencing transcript that contain portions of defense counsel's factual summary supporting an argument for a reduction or variance from the calculated guideline range. The United States additionally requests that the Court order the defendant not to publically disclose any information reviewed regarding David Agranoff.

The Court, having reviewed the request of the United States now finds that the information requested to be redacted from the pre-sentence investigative report is personal identifying information and not relevant to any sentencing arguments that might be raised by Defendant Kruk. Therefore, the United States shall redact the pre-sentence investigative report to omit personal identifying information and

submit a redacted version to the Court under seal. Specifically, the United States shall redact page 2, and paragraphs 27-31, 33-36, and 37-56 of the pre-sentence investigative report.

The Court also finds that the sentencing transcript should be redacted to omit certain sentencing arguments raised by counsel for Agranoff. Therefore, the United States shall redact pg. 33, ln. 15 through pg. 34, ln. 15 and pg. 37, ln. 16 through 22 from the sentencing transcript as such portions contain a summary of fact supporting counsel's argument that there should be a reduction or variance from the calculated guideline range. The United States shall submit a redacted version to the Court under seal.

Additionally, Kruk and his counsel are ordered not to publically disclose any information contained in the materials the Court has allowed to be reviewed without first obtaining the permission of the Court.

IT IS SO ORDERED.

Date: ___04/17/2012

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

    Cynthia J. Ridgeway
    Sharon M. Jackson
    Assistant United States Attorneys
    Office of the United States Attorney
    10 W. Market St., Suite 2100
    Indianapolis, Indiana 46204-3048
    E-mail: cynthia.ridgeway@usdoj.gov
           sharon.Jackson@usdoj.gov


    Linda L. Pence
    PenceHensel LLC
    135 N. Pennsylvania Street, Suite 1600
    Indianapolis, IN 46204
    Email: lpence@pencehensel.com